

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Chelsi Leighann Lawson,                    * From the County Court
                                             at Law of Midland County
                                             Trial Court No. CC18110.

v. No. 11-16-00233-CV                      * September 15, 2016

Rapid Pipeline Services, LLC,              * Per Curiam Memorandum Opinion
and Stevie Ray Johnson,                      (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

This court has considered Chelsi Leighann Lawson's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Chelsi Leighann Lawson.